IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

RONALD PHILIPS,

        Appellant,

v.                                                                    Case No.  5D15-338

NATIONSTAR MORTGAGE, LLC,

        Appellee.

_____/

Opinion filed December 16, 2016

Appeal from the Circuit Court
for Marion County,
Robert W. Hodges, Judge.

Ronald Philips, Masaryktown, pro se.

David W. Rodstein, of Padula Hodkin, PLLC, Boca Raton, and Nancy M. Wallace and Michael J. Larson, of Akerman LLP, Tallahassee, and William P. Heller, of Akerman LLP, Fort Lauderdale, for Appellee.


**ON MOTION FOR REVIEW OF ORDER AWARDING APPELLATE FEES**

PER CURIAM.

      We have carefully considered Appellant's Motion for Review of Attorney's Fees

Award and the related appendix.  Appellant did not include a copy of the order awarding

appellate attorney's fees, nor did he include transcripts of the two hearings he asserts were held on that issue. We deny Appellant's motion because, based on the record before us, we see neither error nor any abuse of discretion on the part of the trial court. Appellant has failed to carry his burden of demonstrating that the trial court erred or abused its discretion in determining the amount of appellate attorney's fees awarded to Appellee. *See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979).

      MOTION FOR REVIEW DENIED.

PALMER, TORPY, and EDWARDS, JJ., concur.